# United States District Court

For the Western District of Texas
Austin Division

AUSA Gardner

**FILED**
November 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____VAR_____
DEPUTY

United States of America,
v.
**Agustin Cano-Quintero**
Aka: Agustin Quintero Cano, Agustin Cano Quintero, Agustin Cano, Augustin Quintero Cano, Agustin Canoquintero, Agustin Quintero, Augustin Quintero, X Unknown

§
§
§
§
§
§
§
§

Case Number: **1:25-MJ-01088-SH**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **April 14**, **2025**, in the county of **Travis**, in the Western District of Texas, the defendant, **Agustin Cano-Quintero**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **April 14, 2025,** the defendant, an alien, was found in the Travis County Jail, in Austin Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant, and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **September 28, 2018**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____ #10992
Signature of Complainant (B. Hayman)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me pursuant to Fed. R. Crim P. 4.1 and 4(d)

**November 17, 2025**                                                            Austin, Texas
_____   at   _____
Date                                                                             City and State

Susan Hightower
United States Magistrate Judge
_____         _____
Name & Title of Judicial Officer                           Signature of Judicial Officer